

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S.**, Children

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appeal by M.S. is DISMISSED for want of prosecution. Costs of appeal are taxed against appellant M.S.

SIGNED October 17, 2018.

_____
Rebeca C. Martinez, Justice